IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOROUGH OF CATASAUQUA,<br><br>Plaintiff<br><br>vs.<br><br>DARWIN NATIONAL ASSURANCE COMPANY, also known as Allied World Assurance Company (U.S.) Inc.; and<br>ALLIED WORLD NATIONAL ASSURANCE COMPANY,<br><br>Defendants | Civil Action<br>No. 11-cv-03855 |

O R D E R

NOW, this 29th day of March, 2012, upon consideration of the following:

(1) Plaintiff Borough of Catasauqua's Motion to Remand the Removed Action Pursuant to 28 U.S.C. § 1477(c), which motion was filed July 13, 2011; together with,

(a) Plaintiff Borough of Catasauqua's Memorandum of Law in Support of Motion to Remand the Removed Action Pursuant to 28 U.S.C. § 1477(c);

(2) Defendant Darwin National Assurance Company and Allied World National Assurance Company's Response in Opposition to Plaintiff's Motion to Remand, which response in opposition was filed July 27, 2011; and

(3) Amended Action for Declaratory Judgment & Statutory Bad Faith, which amended action was filed January 25, 2012;

and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that plaintiff's motion to remand is denied.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge