```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


BOROUGH OF CATASAUQUA,            )
                                  )   Civil Action
              Plaintiff           )   No. 11-cv-03855
                                  )
      vs.                         )
                                  )
DARWIN NATIONAL ASSURANCE         )
  COMPANY, also known as Allied   )
  World Assurance Company (U.S.)  )
  Inc.; and                       )
ALLIED WORLD NATIONAL ASSURANCE   )
  COMPANY,                        )
                                  )
              Defendants          )
```

### O R D E R

NOW, this 29th day of March, 2012, upon consideration of the following:

    (1) Plaintiff Borough of Catasauqua's Motion to Remand the Removed Action Pursuant to 28 U.S.C. § 1477(c), which motion was filed July 13, 2011; together with,

        (a) Plaintiff Borough of Catasauqua's Memorandum of Law in Support of Motion to Remand the Removed Action Pursuant to 28 U.S.C. § 1477(c);

    (2) Defendant Darwin National Assurance Company and Allied World National Assurance Company's Response in Opposition to Plaintiff's Motion to Remand, which response in opposition was filed July 27, 2011; and

    (3) Amended Action for Declaratory Judgment & Statutory Bad Faith, which amended action was filed January 25, 2012;

and for the reasons expressed in the accompanying Opinion,

<u>IT IS ORDERED</u> that plaintiff's motion to remand is denied.

BY THE COURT:

<u>/s/ James Knoll Gardner</u>
James Knoll Gardner
United States District Judge

- ii -